H. Dickson Burton (4004)
HDBurton@traskbritt.com
J. Jeffrey Gunn (10731)
JJGunn@traskbritt.com
Nathan E. Whitlock (13402)
NEWhitlock@traskbritt.com
Stephen E. Pulley (13843)
SEPulley@traskbritt.com
**TRASKBRITT, PC**
230 South 500 East # 300
Salt Lake City, Utah 84102
Telephone: (801) 532-1922
Facsimile: (801) 531-9168

*Attorneys for Plaintiff,*
*CAO GROUP, INC.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **CAO GROUP, INC.,** a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ULTRADENT PRODUCTS, INC.**, a Utah corporation; and **AZENA MEDICAL, LLC**, a Delaware Limited Liability company,<br><br>Defendant. | **STIPULATION OF DISMISSAL**<br><br>Case No.: 2:16cv00316-CW-BCW<br><br>U.S. District Court Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff CAO GROUP, INC. ("Plaintiff") and Defendants ULTRADENT PRODUCTS, INC. and AZENA MEDICAL, LLC ("Defendants") through their undersigned attorneys, hereby stipulate to the dismissal of this case in its entirety, including all claims and counterclaims, with prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED**

DATED this <u>16th</u> day of November, 2016.

                By:   /s/ H. Dickson Burton
                    H. Dickson Burton, Esq.
                    J. Jeffrey Gunn, Esq.
                    Nathan E. Whitlock, Esq.
                    Stephen E. Pulley, Esq.
                    TRASKBRITT, PC
                    230 South 500 East # 300
                    Salt Lake City, Utah 84102
                    Telephone: (801) 532-1922
                    Facsimile: (801) 531-9168

                    *Attorneys for Plaintiff, CAO Group, Inc.*

DATED this <u>16th</u> day of November, 2016.

                    /s/ Wesley F. Harward
                    Wesley F. Harward
                    Timothy K. Conde
                    Daniel C. Higgs
                    Justin K. Flanagan
                    STOEL RIVES LLP
                    201 S. Main Street, Suite 1100
                    Salt Lake City, UT 84111

                    *Attorneys for Defendant Ultradent Products, Inc. and Azena Medical, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

Timothy K. Conde (10118)
timothy.conde@stoel.com
Daniel C. Higgs (11906)
dan.higgs@stoel.com
Justin K. Flanagan (13701)
justin.flanagan@stoel.com
Wesley F. Harward (15623)
wesley.harward@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

*Attorneys for Defendants*
*Ultradent Products, Inc., and Azena Medical, LLC*

           /s/ H. Dickson Burton